```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 19027
  CORNELIUS JACKSON
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

           Debtor
    SSN XXX-XX-6558


---------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/15/07 .

    2.  The case was dismissed without confirmation, 04/25/2008.

    3.  The Debtor paid a total of $   2280.00 .

    4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                              PAID             PAID
---------------------------------------------------------------------------------
CITI RESIDENTIAL LENDING  CURRENT MORTG         .00              .00              .00
CITI RESIDENTIAL LENDING  MORTGAGE ARRE  NOT FILED              .00              .00
CREDIT ACCEPTANCE CORP    SECURED VEHIC         .00              .00           1170.78
AMERICAN COLLECTION       UNSECURED      NOT FILED              .00              .00
COLLECTION PROFESSIONALS  UNSECURED      NOT FILED              .00              .00
CREDITORS COLLECTION      UNSECURED      NOT FILED              .00              .00
FIRST CONSUMERS NATIONAL  UNSECURED      NOT FILED              .00              .00
MERCHANTS CREDIT GUIDE    UNSECURED      NOT FILED              .00              .00
MERCHANTS CREDIT GUIDE    UNSECURED      NOT FILED              .00              .00
MIDLAND CREDIT MGMT       UNSECURED      NOT FILED              .00              .00
MRSI                      UNSECURED      NOT FILED              .00              .00
NCO FINANCIAL SYSTEMS     UNSECURED      NOT FILED              .00              .00
VISION FINANCIAL CORP     UNSECURED      NOT FILED              .00              .00
ILLINOIS DEPT REVENUE     PRIORITY       NOT FILED              .00              .00
ILLINOIS DEPT REVENUE     UNSECURED      NOT FILED              .00              .00
          Summary of disbursements:
---------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00          .00         .00            .00
PRINCIPAL PAID     1170.78          .00          .00         .00        1170.78
INTEREST PAID          .00          .00          .00         .00            .00
TOTAL PAID         1170.78          .00          .00         .00        1170.78
The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   3500.00
and was paid $   572.00   direct and $    976.99  through the plan.

The Trustee received $    132.23 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/16/08                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE


                              PAGE   2
            CASE NO. 07 B 19027 CORNELIUS JACKSON